**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Maria ECHAVARRIA–ESPINOZA,**
**Defendant–Appellant.**

**No. 12–40826**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 22, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Maria Echavarria–Espinoza raises an argument that he concedes is foreclosed by *United States v. Morales–Mota,* 704 F.3d 410 (5th Cir.2013), which held that, despite the relevant definition of "owner" in Texas law, the Texas crime of burglary of a habitation is a "crime of violence" under the Federal Sentencing Guidelines. The appellant's motion for

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.